CQ"462C" *Tgx"02312; =NJ 04/2024)  Qtfgt"vq"Rtqeggf "Ykjqw'Rtgrc{kpi "Hggu"qt"Equvu"

## WPKVGF "UVCVGU"FKUVTKEV"EQWTV"
for the
FKUVTKEV"QH"PGY "LGTUG["

|  |  |
|---|---|
| Rnckpvkhh*u+."<br><br>v."<br><br>Fghgpfcpv*u+0" | Ekxkn"Cevkqp"Pq0"<br><br>**ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PAYMENT OF FEES** |

Jcxkpi "eqpukfgtgf "vjg"crrnkecvkqp"vq"rtqeggf "ykjqw'rtgrc{ogpv"qh"hggu"wpfgt"4: "WUUE0'
È3;.57."**KV"KU"QTFGTGF** "vjg"crrnkecvkqp"ku<

   ☐   **GRANTED.** The clerk is ordered to file the complaint.

   ☐   **KV"KU"HWTVJGT"QTFGTGF**."vjg"engtm"kuuwg"c"uwoomqpu"cpf "vjg"WU0O ctujcn"
ugtxg"c"eqr{"qh"vjg"eompnckpv."uwo oqpu"cpf "ku"qtfgt"wrqp"vjg"fghgpfcpv"cu"
fktgevgf "d{"vjg"rnckpvkhh*u+0"Cn'equvu"qh'ugtxkeg"ujcn'dg"cfxcpegf "d{"vjg"Wpkvgf "
Uvcvgu0'

   ☐   **FGPKGF**."hqt"vjg"hqmqykpi "tgcuqpu<

       **KV"KU"HWTVJGT"QTFGTGF**."vjg"engtm"ku"qtfgtgf "vq"emug"vjg"hkng0"Rnckpvkhh*u+"
oc{"uwdoky"pc"cogpfnp"vjg"cm qwpv"qh"&625"ykjkp"36"fc{u"htmo "vjg"fcvg"qh"vjku"
qtfgt"vq"tgqrgp"vjg"ecug"y kjqw"hwtyjgt"cevkqp"htmo "vjg"Eqwtv0'

GPVGTGF "vjku"    fc{"qh"                 ."                      _____

                                                                 United States District Judge